IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ERICK NIETO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No**. 3:21-CV-144-L-BN** |
| | § | |
| **CRIMINAL DISTRICT COURT NO. 6,** *et al*., | § § § | |
| | § | |
| Defendants. | § | |

# ORDER

On February 3, 2021, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 6) ("Report"), recommending that the court dismiss without prejudice this action but allow Plaintiff to file an amended complaint that is limited to the civil rights claims that he has alleged and cures the deficiencies outlined in the Report.   No objections to the Report were filed.

Having considered the Report, pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **dismisses without prejudice** all claims alleged in Plaintiff's Complaint but will allow him to file an amended complaint that is limited to the civil rights claims alleged in his Complaint and that cures the deficiencies outlined in the Report. In other words, any amended complaint filed by Plaintiff must not allege new or additional claims and, instead, should focus on curing the deficiencies noted by the magistrate judge regarding his previously asserted civil rights claims. Further, any amended complaint must be filed by **August**

30, 2021. *Failure to file an amended complaint by this date will result in dismissal with prejudice of this action and the claims asserted by him.*

**It is so ordered** this 30th day of July, 2021.

                                            Sam A. Lindsay
                                            United States District Judge

**Order – Page 2**